IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| RALPH ANTHONY ROSEBORO | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the supplemental motion of the defendant for a continuance of this matter from the June 5, 2006, trial term in the Charlotte Division (Doc. No. 19) and the government's response (Doc. No. 20).

**IT IS, THEREFORE, ORDERED** that a hearing on the motion will be held at 9:30 a.m. on Thursday, June 1, 2006.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: May 30, 2006

Robert J. Conrad, Jr.
United States District Judge