IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| RALPH ANTHONY ROSEBORO ) | |
| ) | |

**THIS MATTER** is before the Court on an Order of Remand (Doc. No. 60) from the United States Court of Appeals for the Fourth Circuit for resentencing.

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Ralph Anthony Roseboro (Reg. No. 12519-171 ) present in Charlotte, North Carolina not later than October 27, 2009, for a sentencing hearing on October 29, 2009, at 9:30 a.m.

**IT IS FURTHER ORDERED** that on or before October 20, 2009, the government shall file a memorandum, with any supporting documentation, addressing the limited question presented by the Fourth Circuit, that is: whether the defendant's prior convictions involved intentional violations of S.C. Code Ann. § 56-5-750(A). United States v. Roseboro, 551 F.3d 226, 240 (4th Cir. 2009). The defendant shall file any response on or before October 26, 2009.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Signed: October 6, 2009

Robert J. Conrad, Jr.
Chief United States District Judge