IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00005-RJC-DCK

| USA, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RALPH ANTHONY ROSEBORO, | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 81), the Petition alleging a violation of the Defendant's supervised release, (Doc. No. 78), without prejudice. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 81), is **GRANTED** and the Petition alleging a violation of the Defendant's supervised release, (Doc. No. 78), is **DISMISSED** without prejudice.

Signed: May 9, 2013

Robert J. Conrad, Jr.
Chief United States District Judge